## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Evelyn Kepple fka Evelyn Picinich**<br>                    **Debtor(s)** | **CHAPTER 13** |
| **Toyota Motor Credit Corporation**<br>                    **Movant**<br>          **vs.** | |
| **Evelyn Kepple fka Evelyn Picinich**<br>                    **Debtor(s)** | **NO. 18-02826 RNO** |
| **Daniel Sherer**<br>                    **Co- Debtor(s)** | |
| **Charles J. DeHart, III .**<br>                    **Trustee** | **11 U.S.C. Section 362 and 1301 (c)** |

### ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) and 1301 (c) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Camry, VIN: 4T1BF1FK7GU223723 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.