**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Evelyn Kepple fka Evelyn Picinich<br>    <u>Debtor(s)</u><br><br>Toyota Motor Credit Corporation<br>    <u>Movant</u><br>  vs.<br><br>Evelyn Kepple fka Evelyn Picinich<br>    <u>Debtor(s)</u><br>Daniel Sherer<br>    <u>Co- Debtor(s)</u><br><br>Charles J. DeHart, III<br>    <u>Trustee</u> | CHAPTER 13<br><br><br>NO. 18-02826 RNO<br><br><br>11 U.S.C. Section 362 and 1301 (c) |

**CERTIFICATE OF NON-CONCURRENCE**

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

                                              Respectfully submitted,


                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          Attorneys for Movant/Applicant