# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Evelyn Kepple fka Evelyn Picinich<br>    Debtor<br><br>Toyota Motor Credit Corporation<br>    Movant<br> vs.<br><br>Evelyn Kepple fka Evelyn Picinich<br>    Debtor<br><br>Daniel Sherer<br>    Co-Debtor<br><br>Charles J. DeHart, III, Esquire<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 18-02826 RNO<br><br><br>11 U.S.C. Sections 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from Automatic Stay of Toyota Motor Credit Corporation, which was filed with the Court on or about December 13, 2019 (Document No. 48).

              Respectfully submitted,

              **/s/ James C. Warmbrodt, Esquire**
              James C. Warmbrodt, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              412-430-3594

January 15, 2020