## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Evelyn Kepple fka Evelyn Picinich | CHAPTER 13 |
| Debtor | |
| Toyota Motor Credit Corporation | |
| Movant | |
| vs. | NO. 18-02826 RNO |
| Evelyn Kepple fka Evelyn Picinich | |
| Debtor | |
| Daniel Sherer | |
| Co-Debtor | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. | |
| Trustee | |

## CERTIFICATE OF CONCURRENCE

Both the Attorney for Movant and the Attorney for Debtor have concurred with the Praecipe to Withdraw the Motion for Relief from Automatic Stay filed on December 13, 2019 (Doc. No. 48).

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney for Movant/Applicant