United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Evelyn Kepple  
    Debtor

Case No. 18-02826-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 1    Date Rcvd: Mar 16, 2020  
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.  
5098528      Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         Jerome B Blank    on behalf of Creditor     WELLS FARGO BANK, N.A. pamb@fedphe.com  
         Patrick James Best    on behalf of Debtor 1 Evelyn   Kepple patrick@armlawyers.com,  
          kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com  
         Thomas Song    on behalf of Creditor     WELLS FARGO BANK, N.A. pamb@fedphe.com  
         United States Trustee     ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                             TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-02826-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Evelyn Kepple
314 Gold Key Road
Milford Pa 18337

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/16/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 | NRZ Pass-Through Trust VIII<br>P.O. Box 10826<br>Greenville, SC 29603-0826<br>NRZ Pass-Through Trust VIII<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/18/20

Terrence S. Miller
**CLERK OF THE COURT**