```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 18-02826-RNO
Evelyn Kepple                                                       Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke       Page 1 of 1          Date Rcvd: May 28, 2020
                            Form ID: trc          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.
5194100        CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls SD 57117-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Kristin Ann Zilberstein    on behalf of Creditor    NRZ Pass-Through Trust VIII
               kris.zilberstein@padgettlawgroup.com
              Patrick James Best    on behalf of Debtor 1 Evelyn   Kepple patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-02826-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Evelyn Kepple
314 Gold Key Road
Milford Pa 18337

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/27/2020.

Name and Address of Alleged Transferor(s):

Claim No. 13: CitiMortgage, Inc., PO Box 6030, Sioux Falls SD 57117-6030

Name and Address of Transferee:

U.S. Bank Trust National Association, as Trustee
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165
U.S. Bank Trust National Association, as
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/30/20

Terrence S. Miller
**CLERK OF THE COURT**