United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 18-02826-RNO
Evelyn Kepple                                                             Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jan 06, 2021      Form ID: trc      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5313056 | NRZ Pass-Through Trust VIII, P.O. Box 10826, Greenville, SC 29603-0826, NRZ Pass-Through Trust VIII, P.O. Box 10826 Greenville, SC 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor WELLS FARGO BANK N.A. pamb@fedphe.com |
| Kristin Ann Zilberstein | on behalf of Creditor NRZ Pass-Through Trust VIII kris.zilberstein@padgettlawgroup.com |
| Patrick James Best | on behalf of Debtor 1 Evelyn Kepple patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Robert Joseph Davidow | on behalf of Creditor CITIMORTGAGE INC. r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK N.A. pamb@fedphe.com |

United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-02826-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Evelyn Kepple
314 Gold Key Road
Milford Pa 18337

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/06/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: NRZ Pass-Through Trust VIII, P.O. Box 10826, Greenville, SC 29603-0826, NRZ Pass-Through Trust VIII, P.O. Box 10826, Greenville, SC 29603-0826 | U.S. Bank National Association c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing PO Box 10826 Greenville, SC 29603-0826 U.S. Bank National Association |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/08/21

Terrence S. Miller
**CLERK OF THE COURT**