UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EVELYN KEPPLE a/k/a<br>EVELYN PICINICH<br>　Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　Movant | : | |
| vs. | : | |
| EVELYN KEPPLE a/k/a<br>EVELYN PICINICH<br>　Respondent | : | CASE NO. 5-18-bk-02826-MJC<br><br>OBJECTION TO EXEMPTIONS |

## ORDER

Upon consideration of the Trustee's Objection to Debtor's Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.