United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 18-02826-MJC

Evelyn Kepple                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: AutoDocke                                     Page 1 of 4
Date Rcvd: Jun 15, 2023                          Form ID: 3180W                                 Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evelyn Kepple, 314 Gold Key Road, Milford, Pa 18337-5039 |
| 5081548 | ++++ | ASPIRE/CB&T, 9 CORPORATE RIDGE PKWY, COLUMBUS GA 31907-3049 address filed with court:, Aspire/Cb&T, 9 Mutec Dr, Columbus, GA 31907 |
| 5194099 | + | CITIMORTGAGE, INC., C/O CENLAR FSB 425 PHILLIPS BLVD, EWING NJ 08618-1430 |
| 5203278 | + | CITIMORTGAGE, INC., C/O CENLAR FSB 425 PHILLIPS BLVD, EWING NJ 08618, CITIMORTGAGE, INC., C/O CENLAR FSB 425 PHILLIPS BLVD EWING NJ 08618-1430 |
| 5105606 | + | CitiMortgage, Inc., 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 5081556 | + | Daniel R Sherer, PO Box 568, Dingmans Ferry, PA 18328-0568 |
| 5081558 | ++ | FLAGSHIP RESORT, 60 NORTH MAINE AVENUE, ATLANTIC CITY NJ 08401-5518 address filed with court:, Flagship Resort Development Corp, 60 North Maine Avenue, Atlantic City, NJ 08401 |
| 5099896 | ++ | GOLD KEY COUNTRY CLUB, 111 GOLD KEY ROAD, MILFORD PA 18337-5037 address filed with court:, Gold Key Country Club, 111 Gold Key Road, Milford, PA 18337 |
| 5081559 | | Goodyr/Cbna, P.O. Box 5003, Sioux Falls, SD 57117 |
| 5086425 | + | Granite State Management & Resources, U.S. Department of Education, P.O. Box 4414, Portland OR 97208-4414 |
| 5313055 | | NRZ Pass-Through Trust VIII, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5313056 | | NRZ Pass-Through Trust VIII, P.O. Box 10826, Greenville, SC 29603-0826, NRZ Pass-Through Trust VIII, P.O. Box 10826 Greenville, SC 29603-0826 |
| 5081564 | | Syncb/Sleepys, Po Box 276, Dayton, OH |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2023 18:48:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 15 2023 18:47:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 5081549 | | EDI: CAPITALONE.COM | Jun 15 2023 22:45:00 | Cap One, Po Box 85015, Richmond, VA 23285-5075 |
| 5095205 | | EDI: CAPITALONE.COM | Jun 15 2023 22:45:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5104466 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2023 18:55:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5081550 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2023 18:48:00 | Cavalry Portfolio Serv, 4050 E Cotton Center Blv, Phoenix, AZ 85040-8862 |
| 5082194 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2023 18:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 5081551 | + | EDI: WFNNB.COM | Jun 15 2023 22:45:00 | Cb/Vicscrt, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 5081552 | + | EDI: CITICORP.COM | Jun 15 2023 22:45:00 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 5081553 | + | EDI: CITICORP.COM | Jun 15 2023 22:45:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5194100 | | EDI: CITICORP.COM | Jun 15 2023 22:45:00 | CitiMortgage, Inc., PO Box 6030, Sioux Falls SD 57117-6030 |
| 5081554 | + | EDI: CITICORP.COM | Jun 15 2023 22:45:00 | Citimortgage, P.O. Box 6243, Sioux Falls, SD 57117-6243 |
| 5081555 | + | EDI: WFNNB.COM | Jun 15 2023 22:45:00 | Comenitybank/Victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 5081561 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 15 2023 18:47:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5081562 | + | Email/Text: EBN@edfinancial.com | Jun 15 2023 18:47:00 | Nhhelc/Gsm&R, Po Box 3420, Concord, NH 03302-3420 |
| 5105522 | | EDI: PRA.COM | Jun 15 2023 22:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5081747 | + | EDI: RECOVERYCORP.COM | Jun 15 2023 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5081563 | + | EDI: PRA.COM | Jun 15 2023 22:45:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5104617 | | EDI: Q3G.COM | Jun 15 2023 22:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5105883 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jun 15 2023 18:48:00 | Quest Diagnostics Inc, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 5108076 | + | Email/Text: bncmail@w-legal.com | Jun 15 2023 18:48:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5081565 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 15 2023 18:47:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 5098402 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 15 2023 18:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5383573 | | Email/Text: mtgbk@shellpointmtg.com | Jun 15 2023 18:47:00 | U.S. Bank National Association, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5383574 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 15 2023 18:47:00 | U.S. Bank National Association, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826, U.S. Bank National Association 29603-0826 |
| 5501593 | + | Email/Text: bkteam@selenefinance.com | Jun 15 2023 18:47:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5501594 | + | Email/Text: bkteam@selenefinance.com | Jun 15 2023 18:47:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 5330546 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2023 18:48:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5330547 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 15 2023 18:48:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association, as, Serviced by Select Portfolio Servicing, |
| 5081566 | + | EDI: WFFC2 | | |

| Recip ID | Bypass | Name and Address |
|---|---|---|
| 5100042 | EDI: WFFC2 | Jun 15 2023 22:45:00  Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 5098528 | + EDI: WFFC2 | Jun 15 2023 22:45:00  Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5081567 | + EDI: WFFC.COM | Jun 15 2023 22:45:00  Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| | | Jun 15 2023 22:45:00  Wells Fargo Hm Mortgag, 7495 New Horizon Way, Frederick, MD 21703-8388 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| 5081560 | | Kohls/Cap1 |
| cr | * | NRZ Pass-Through Trust VIII, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5105882 | *P++ | GOLD KEY COUNTRY CLUB, 111 GOLD KEY ROAD, MILFORD PA 18337-5037, address filed with court:, Gold Key Country Club, 111 Gold Key Road, Milford, PA 18337 |
| 5081557 | ##+ | Equiant Financial Svcs, 5401 N Pima Rd Ste 150, Scottsdale, AZ 85250-2630 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor WELLS FARGO BANK  N.A. pamb@fedphe.com |
| Kristin Ann Zilberstein | on behalf of Creditor NRZ Pass-Through Trust VIII Kris.Zilberstein@Padgettlawgroup.com |
| Kristin Ann Zilberstein | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of the New Residential Mortgage Loan Trust 2020- NPL1 Kris.Zilberstein@Padgettlawgroup.com |

Patrick James Best
    on behalf of Debtor 1 Evelyn Kepple patrick@armlawyers.com
    kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Robert Joseph Davidow
    on behalf of Creditor CITIMORTGAGE INC. r.davidow@mgplaw.com

Thomas Song
    on behalf of Creditor WELLS FARGO BANK N.A. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Evelyn Kepple<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9751<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–02826–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Evelyn Kepple
fka Evelyn Picinich

6/15/23

**By the court:**

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2