# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Evelyn Kepple

Case No.: 5-18-02826MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Selene Finance LP |
| Court Claim Number: | 5 |
| Last Four of Loan Number: | 9525 |
| Property Address if applicable: | 314 Gold Key Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,843.73 |
| b. | Prepetition arrearages paid by the trustee: | $2,843.73 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $2,843.73 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  June 22, 2023

                                                    Respectfully submitted,

                                                    /s/ Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA  17036
                                                    Phone:  (717) 566-6097
                                                    Fax:  (717) 566-8313
                                                    email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:    Evelyn Kepple                                   Case No.: 5-18-02826MJC

                                                                  Chapter 13

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 22, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Patrick J. Best, Esquire
Anders Riegel & Masington
18 N. 18th St
Stroudsburg PA 18360

**Served by First Class Mail**
Selene Finance LP
ATT: BK Dept
3501 Olympus Blvd Suite 500
Dallas TX 75019

Evelyn Kepple
314 Gold Key Rd
Milford PA 18337

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 22, 2023                              /s/ Liz Joyce
                                                               Office of the Standing Chapter 13 Trustee
                                                                Jack N. Zaharopoulos
                                                                Suite A, 8125 Adams Dr.
                                                               Hummelstown, PA 17036
                                                               Phone: (717) 566-6097
                                                               email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-02826  **EVELYN KEPPLE**

SELENE FINANCE, LP
ATTN: BANKRUPTCY DEPT
P.O. BOX 9046
COPPELL, TX  75019-

Sequence: 24
Modify:
Filed Date: 8/22/2018 12:00:00AM
Hold Code:

Acct No: 9525/PRE ARREARS/314 GOLI

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $120,942.00 | Debt: $2,843.73 | Interest Paid: $0.00 | |
| | | Accrued Int: $0.00 | |
| Amt Due: $0.00 | Paid: $2,843.73 | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **SELENE FINANCE, LP** | | | | | | | |
| 520-0 | SELENE FINANCE, LP | | 06/13/2023 | 2026161 | $125.46 | $0.00 | $125.46 | |
| 520-0 | SELENE FINANCE, LP | | 05/16/2023 | 2025225 | $124.57 | $0.00 | $124.57 | 05/26/2023 |
| 520-0 | SELENE FINANCE, LP | | 04/18/2023 | 2024231 | $124.57 | $0.00 | $124.57 | 05/02/2023 |
| 520-0 | SELENE FINANCE, LP | | 03/15/2023 | 2023185 | $124.57 | $0.00 | $124.57 | 03/30/2023 |
| 520-0 | SELENE FINANCE, LP | | 02/15/2023 | 2022188 | $124.57 | $0.00 | $124.57 | 02/28/2023 |
| 520-0 | SELENE FINANCE, LP | | 01/18/2023 | 2021190 | $124.57 | $0.00 | $124.57 | 02/07/2023 |
| 520-0 | SELENE FINANCE, LP | | 12/13/2022 | 2020190 | $124.57 | $0.00 | $124.57 | 12/29/2022 |
| 520-0 | SELENE FINANCE, LP | | 11/16/2022 | 2019227 | $124.57 | $0.00 | $124.57 | 12/16/2022 |
| 520-0 | SELENE FINANCE, LP | | 10/18/2022 | 2018208 | $124.57 | $0.00 | $124.57 | 10/28/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 09/13/2022 | 2016970 | $131.41 | $0.00 | $131.41 | 09/21/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 08/17/2022 | 2015949 | $131.41 | $0.00 | $131.41 | 08/24/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 07/13/2022 | 2014885 | $122.30 | $0.00 | $122.30 | 07/20/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 06/14/2022 | 2013920 | $122.30 | $0.00 | $122.30 | 06/22/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/17/2022 | 2012885 | $122.30 | $0.00 | $122.30 | 05/25/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/12/2022 | 2011811 | $122.30 | $0.00 | $122.30 | 04/22/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/16/2022 | 2010791 | $122.30 | $0.00 | $122.30 | 03/23/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/16/2022 | 2009807 | $122.30 | $0.00 | $122.30 | 02/28/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/19/2022 | 2008830 | $122.30 | $0.00 | $122.30 | 01/27/2022 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/15/2021 | 2007819 | $122.30 | $0.00 | $122.30 | 12/29/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/16/2021 | 2006796 | $122.30 | $0.00 | $122.30 | 11/23/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/14/2021 | 2005764 | $125.91 | $0.00 | $125.91 | 10/21/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 09/14/2021 | 2004721 | $125.91 | $0.00 | $125.91 | 09/20/2021 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 08/18/2021 | 2003715 | $106.37 | $0.00 | $106.37 | 08/25/2021 |
| | | | | **Sub-totals:** | **$2,843.73** | **$0.00** | **$2,843.73** | |
| | | | | **Grand Total:** | **$2,843.73** | **$0.00** | | |